IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN DORTHICK,<br><br>    Petitioner,<br><br>  v.<br><br>JAMES HAMLET, Warden<br><br>    Respondent.                        / | No. C 06-4860 CRB<br><br>**ORDER OF DISMISSAL** |

In light of petitioner's death, as noticed in the Suggestion of Death filed February 28, 2008, this action is DISMISSED.

**IT IS SO ORDERED.**

Dated: February 29, 2008

CHARLES R. BREYER
UNITED STATE DISTRICT JUDGE

G:\CRBALL\2006\4860\orderofdismissal.wpd